UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| VIRGINIA HERBERT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:19-CV-03779-RV-EMT |
| | : | |
| MAINSAIL PROPERTY | : | |
| MANAGEMENT, LLC, | : | |
| BEACH RESORT CORPORATION, | : | |
| and BEACH RESORT | : | |
| INVESTMENT, LLC | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **NOTICE OF SETTLEMENT**

Defendant, Mainsail Property Management, LLC, hereby notifies the Court that Plaintiffs and Defendants have reached an agreement to resolve all claims in the above-referenced matter.

Respectfully submitted this 3rd day of September, 2020.

**[Signature appears on next page]**

1

Respectfully submitted,

**FORDHARRISON LLP**

By: */s/ Luis A. Santos*
    Luis A. Santos
    Florida Bar No. 84647
    lsantos@fordharrison.com
    David Kalteux
    dkalteux@fordharrison.com
    Florida Bar No. 118746

    101 E. Kennedy Boulevard
    Suite 900
    Tampa, Florida 33602
    Telephone:  (813) 261-7800
    Facsimile:   (813) 261-7899

    Attorneys for Mainsail Property
    Management, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Mary Bubbett Jackson
Jackson+Jackson
1992 Lewis Turner Blvd, Suite 1023
Fort Walton Beach, Florida  32547
mjackson@jackson-law.net

Benjamin Gordon
Darian Zamora
AnchorsGordon, P.A.
2113 Lewis Turner Blvd, Suite 100
Fort Walton Beach, FL 32547
bgordon@anchorsgordon.com
dzamora@anchorsgordon.com

*/s/ Luis A. Santos*
Attorney

WSACTIVELLP:11748173.1

2