**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VIRGINIA HERBERT

        VS                      CASE NO. 3:19cv3779-RV/EMT

MAINSAIL PROPERTY
MANAGEMENT, LLC, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   10/14/2020

Type of Motion/Pleading     MOTION for Settlement Agreement Approval and Dismiss Case with Prejudice

Filed by:   Defendant    on    10/13/2020    Doc. No.  31

 X   Joint Pleading

Response:             on               Doc. No.

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Sylvia Williams
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 15th day of October, 2020, that:

(a)  The requested relief is GRANTED.

(b)  Finding that the settlement agreement is fair and reasonable, it is approved.

(c)  This case is dismissed, with prejudice.

      **/s/ Roger Vinson**
      ROGER VINSON
      SENIOR UNITED STATES DISTRICT JUDGE